IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GUY C. MANNINO**                                                            **PLAINTIFF**
Reg #21960-075

v.                      Case No. 2:22-cv-00216-LPR

**JOHN P. YATES, Warden**                                        **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 29th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE